[No. 32954-2-III.  Division Three.  December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JAMES HERSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-1-00324-0, M. Scott Wolfram, J., entered October 22, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 33342-6-III.  Division Three.  December 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ELVIS CAMILLO RENTERIA LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00407-0, Bruce A. Spanner, J., entered May 13, 2015. *Remanded* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32862-7-III.  Division Three.  December 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA LOU MICHEL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00643-2, Evan E. Sperline, J., entered October 28, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.